# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131463(59)

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
            Plaintiff-Appellee,

v                                                    SC: 131463
                                                     COA: 266654
CITY OF DETROIT,                                     Wayne CC: 05-526691-CL
            Defendant-Appellant.
_____

       On order of the Chief Justice, the motion by the defendant-appellant for extension of the time for filing their brief and appendix is considered, and it appearing the filing was completed on January 23, 2007, the time for filing is extended to that date.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2007

Clerk